Addie E Boyden, Respondent, v. George Harvey, Appellant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Sanderson Brothers' Steel Company. — So much of the order appealed from as authorizes the referee to determine the facts and law reversed, with ten dollars costs and disbursements, and the order in other respects affirmed. Reference to proceed upon eight days' notice.

John H. Bullard and others, Respondents, v. Justus Chase and others, Appellants — Order affirmed, with ten dollars costs and disbursements. *Held* (1,) The County Court of Jefferson county had power to strike out the matter embraced in the amended return ; (2,) There is no statute or rule of practice which authorizes interrogatories to a justice of the peace, to ascertain his reasons for reaching a result in the decision of a cause submitted to him on the evidence taken upon the trial before him.

Alexander Smith, Appellant, v. Merritt King, Respondent — Order affirmed, with ten dollars costs and disbursements.

Etta J. Brace, Respondent, v. Edward G. Brace, Appellant. — Ordered, that defendant pay the sums awarded to the plaintiff by the judgment for divorce within thirty days, or in default thereof the appeal be and is hereby dismissed, with costs and ten dollars costs of motion.

The Davis Sewing Machine Company, Respondent, v. William J. Best, Receiver, etc., Appellant. — Judgment affirmed, with costs.

Roxanna C. Larkin, Respondent, v. Paul C. Maxon, as Administrator, etc , Appellant. — Judgment modified by striking therefrom the award of disbursements, and as modified affirmed, with costs, on the opinion of Kennedy, J., delivered at Special Term.

The People of the State of New York ex rel. George Snyder, Appellant, v. Dwight N. Miller, Respondent. — Order affirmed, with costs against the relator.

John F. McCoy, Appellant, v. The Utica and Black River Railroad Company, Respondent. — Judgment affirmed, with costs.

Edson J. Vickery, Respondent, v. Edmund Merry, Appellant. — Judgment and order affirmed, with costs.

Alonzo H. Failing and others, Respondents, v. James G. Fargo, President, etc , Appellant. — Judgment affirmed, with costs.

William R. Olney Appellant, v. George H. Blaisier, Respondent. — Judgment and order reversed and a new trial ordered in the Oneida County Court, with costs to abide the event. *Held*, the trial judge had no right to correct the verdict by determining which sum, $2 51 or $16.45 the plaintiff was entitled to recover ; that could only be determined by the jury.

Alvah Risley, Respondent, v. Justus Newell, Appellant. — Judgment affirmed, with costs.

Mary Watson, as Administratrix, etc., Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed, with costs

Frederick Strange, Respondent, v. Robert L. Gibson, Appellant. — Judgment and order affirmed, with costs.

Ebenezer Mudge and another, Respondents, v. Burdette Salisbury and another, Appellants. — Judgment affirmed, with costs.

Ithaca Fire Department, Appellant, v Henry Beecher, Respondent. — Order affirmed, with ten dollars costs and disbursements. (Followed the 21st Hun, 109.) Follett, J., not sitting.

Charles E. Crouse and others, Respondents, v. Charles W. Morgan, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Eureka Cast Steel Company, Appellant, v. Syracuse Chilled Plow Company, Respondent. — Judgment affirmed, with costs.

James H. Blair Respondent, v. William Duffus, Appellant. — Judgment and order of the Onondaga County Court affirmed, with costs.

Benjamin F Lewis, Respondent, v. Elizabeth Gates and others, Appellants. — Judgment affirmed, with costs.

Rosa Anna Spohre, Respondent, v. Syracuse and Liverpool Plank-road Company, Appellant. — Judgment and order of the Onondaga County Court affirmed.

Jackson Perry, Respondent, v. James H. Brister, Appellant. — Judgment affirmed, with costs.

Milton De Lano, Respondent, v. Simon S. Harp and others, Appellants. — Declined to hear, case imperfect, and ordered over on payment of ten dollars costs.

Angelina Hollenbeck, Respondent, v. Adam C. Morey, Appellant. — Judgment affirmed, with costs.

Charlotte O. Walrod, Administratrix, etc., Respondent, v. James G. Reynolds, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. William D. Kinney. Appellant. — Judgment of the Onondaga Court of Sessions reversed, and a new trial ordered in the Court of Sessions of Onondaga county.

Melissa L. Cloyes, Respondent, v. Norman S. Cloyes, Appellant. — Judgment in action for divorce affirmed, with costs.

Wealthy M. Dexter, Appellant, v. Daniel C. Case, Respondent. — Judgment of the County Court of Oswego county affirmed, with costs. *Per Curiam* opinion filed with the clerk of Onondaga county.

Maria A. Koehler, Respondent, v. Ignatius P. Fiesinger, Appellant. — Judgment and order reversed, and a new trial ordered, with costs to abide the event.

Elias Heyman v. The Merchants' Bank. — Motion for leave to appeal to the Court of Appeals denied.

Anna W. Dwight and others, Executors, etc., Respondents, v. The Germania Life Insurance Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

---

## FIFTH DEPARTMENT, JANUARY TERM, 1885.

Niagara County National Bank and others v. The Bank of Monroe and others. — Ordered, that the decision of the court disposing of the appeal be corrected so as to give the respondents appearing by separate attorneys separate bills of costs

William H. Hill, Respondent, v. The Peekskill Savings Bank, Appellant. - Motion for stay of proceedings pending the appeal in the Court of Appeals granted.

John M. Steel, as Receiver, v. John Sweeny and others. — Appeal dismissed.

Regina Zorn v. Joseph Zorn. — Motion to dismiss appeal denied, no costs.

A. Hawley, Appellant, v. Robert H. Smith, Respondent. — Appeal dismissed, with costs, but without costs of this motion.

Nellie Benedict, Respondent, v. Roswell W. Driggs, Appellant. — Motion for leave to appeal to the Court of Appeals denied.